**Order, Concurring Opinion On Denial of En Banc Relief, and Dissenting Opinions From Denial of En Banc Relief filed August 3, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-18-00886-CR

---

**RAMON RIOS, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1491213**

---

# O R D E R

Appellant Ramon Rios, III filed a Motion for En Banc Reconsideration, and a majority of this court voted to grant the motion. By setting this case for submission with oral argument before this court, sitting en banc, and by having the case submitted in this manner, this court implicitly granted en banc reconsideration. A majority of the en banc court has concluded that en banc reconsideration was improvidently granted. Therefore, this Court **VACATES** and **WITHDRAWS** its granting of en banc reconsideration in this case as improvidently granted, and this

Court **DENIES** Appellant Ramon Rios, III's Motion for En Banc Reconsideration.

PER CURIAM

En Banc Court consists of Chief Justice Christopher and Justices Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, Poissant, and Wilson. Chief Justice Christopher and Justices Wise, Jewell, Zimmerer, and Wilson join in this order. Justices Bourliot, Spain, Hassan, and Poissant would have the en banc court decide this case. Justice Zimmerer authored a Concurring Opinion On Denial of En Banc Relief. Justice Hassan authored a Dissenting Opinion From Denial of En Banc Relief, in which Justices Bourliot and Spain joined. Justice Poissant authored a Dissenting Opinion From Denial of En Banc Relief.

Publish — Tex. R. App. P. 47.2(b).